DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LUCIA CABRERO,

Appellant,

v.

CITIZENS PROPERTY INSURANCE COMPANY,

Appellee.

No. 2D20-1207

_____

September 8, 2021

Appeal from the Circuit Court for Pinellas County; Amy M. Williams,
Judge.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for
Appellant.

Maureen G. Pearcy of Paul R. Pearcy, P.A., Miami, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.